```
1  PHILLIP A. TALBERT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-MJ-00084-~~EFB~~-JDP |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| ANTONIO LOPEZ MORENO,<br>    aka ANTONIO MORENO ZAVALA, | |
| Defendant. | |

The motion to dismiss without prejudice the complaint filed by the United States of America in the above-captioned case is hereby GRANTED.

Date: August 11, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE